COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| ALEJANDRO CUEVAS, | § | |
| | | No. 08-15-00198-CR |
| Appellant | § | |
| | | Appeal from the |
| | § | |
| v. | | 83rd District Court |
| | § | |
| THE STATE OF TEXAS, | | of Pecos County, Texas |
| | § | |
| Appellee. | | (TC# P-3113-83-CR) |
| | § | |

## MEMORANDUM OPINION

Alejandro Cuevas has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

STEVEN L. HUGHES, Justice

September 2, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)